

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:18-CR-50-180(1)

UNITED STATES OF AMERICA )
)
v. ) I N D I C T M E N T
)
DAVON DONNELL REID )

The Grand Jury Charges that:

### COUNT ONE

On or about June 1, 2018, in the Eastern District of North Carolina, DAVON DONNELL REID, defendant herein, aiding and abetting another known to the Grand Jury, in connection with the acquisition of firearms from a federally licensed firearms dealer, within the meaning of Chapter 44, Title 18 United States Code, did knowingly make false and fictitious written statements on United States Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, which statements were intended and likely to deceive said dealer with respect to a fact material to the lawfulness of the sale and disposition of said firearm to the person known to the Grand jury, in that the person known to the Grand Jury represented herself to be the true purchaser of the firearms, when in fact as the defendant knew, he was the true purchaser of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6), 924 and 2.

## COUNT TWO

On or about June 2, 2018, in the Eastern District of North Carolina, DAVON DONNELL REID, defendant herein, aiding and abetting another known to the Grand Jury, in connection with the acquisition of firearms from a federally licensed firearms dealer, within the meaning of Chapter 44, Title 18 United States Code, did knowingly make false and fictitious written statements on United States Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, which statements were intended and likely to deceive said dealer with respect to a fact material to the lawfulness of the sale and disposition of said firearm to the person known to the Grand jury, in that the person known to the Grand Jury represented herself to be the true purchaser of the firearms, when in fact as the defendant knew, he was the true purchaser of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6), 924 and 2.

## COUNT THREE

On or about June 3, 2018, in the Eastern District of North Carolina, DAVON DONNELL REID, defendant herein, aiding and abetting another known to the Grand Jury, in connection with the acquisition of firearms from a federally licensed firearms dealer, within the meaning of Chapter 44, Title 18 United States Code, did

2

knowingly make false and fictitious written statements on United States Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, which statements were intended and likely to deceive said dealer with respect to a fact material to the lawfulness of the sale and disposition of said firearms to the person known to the Grand jury, in that the person known to the Grand Jury represented herself to be the true purchaser of the firearms, when in fact as the defendant knew, he was the true purchaser of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6), 924 and 2.

COUNT FOUR

On or about June 8, 2018, in the Eastern District of North Carolina, DAVON DONNELL REID, defendant herein, aiding and abetting another known to the Grand Jury, in connection with the acquisition of firearms from a federally licensed firearms dealer, within the meaning of Chapter 44, Title 18 United States Code, did knowingly make false and fictitious written statements on United States Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, which statements were intended and likely to deceive said dealer with respect to a fact material to the lawfulness of the sale and disposition of said firearms to the person known to the Grand jury, in that the person known to the Grand Jury represented herself to be the true purchaser of the

3

firearms, when in fact as the defendant knew, he was the true purchaser of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6), 924 and 2.

## FORFEITURE NOTICE

The Defendant is given notice of the provisions of Title 18, United States Code, Sections 924(d)(1), as made applicable to these proceedings by virtue of Title 28, United States Code, Section 2461(c), that all the Defendant's interest in the firearms specified herein are subject to forfeiture.

As a result of the foregoing offenses in the Indictment, the Defendant shall forfeit to the United States all firearms and ammunition involved and used in the knowing violation of the offenses.

The forfeitable property includes, but is not limited to:

(1)   Taurus, model G2C, 9mm pistol, serial number TLP18428;

(2)   Taurus, model PT111 G2, 9mm pistol, serial number TJN70108;

(3)   Taurus, model PT738 TCP, .380 caliber pistol, serial number 1D124499;

(4)   Taurus, model PT738 TCP, .380 caliber pistol, serial number 1D124499;

(5)   CAI Cugir Micro Draco 7.62 x 39 pistol, serial number PMD-05349-18;

4

(6) Jimenez Arms, model JA, .380 caliber pistol, serial number 419114;

(7) Jimenez Arms, model JA, .380 caliber pistol, serial number 419115;

(8) Jimenez Arms, model JA, .22 caliber pistol, serial number 409815;

(9) Jimenez Arms, model JA, .22 caliber pistol, serial number 419866;

(10) Taurus, model G2C, 9mm pistol, serial number TLN42818;

(11) Taurus, model G2C, 9mm pistol, serial number TLN43817;

(12) Taurus, model G2C, 9mm pistol, serial number TLN36788;

(13) Taurus, model G2C, 9mm pistol, serial number TLO89398;

(14) Taurus, model PT738 TCP, .380 caliber pistol, serial number 33721F;

(15) Taurus, model PT738 TCP, .380 caliber pistol, serial number 33738F;

(16) Taurus, model PT738 TCP, .380 caliber pistol, serial number 33750F;

(17) Taurus, model PT738 TCP, .380 caliber pistol, serial number 33920F;

(18) SCCY Industries, LLC (SKYY Ind.), model CPX-1, 9mm pistol, serial number 613463;

5

(19) SCCY Industries, LLC (SKYY Ind.), model CPX-2, 9mm pistol, serial number 656266;

(20) SCCY Industries, LLC (SKYY Ind.), model CPX-2, 9mm pistol, serial number 656444;

(21) SCCY Industries, LLC (SKYY Ind.), model CPX-2, 9mm pistol, serial number 656598);

(22) Jimenez Arms, model JA Nine, 9mm pistol, serial number 421551;

(23) Jimenez Arms, model JA Nine, 9mm pistol, serial number 421589.

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: _11 SEP 2018_

ROBERT J. HIGDON, JR.
United States Attorney

BY:

JOHN H. BENNETT
Assistant United States Attorney
Criminal Division

6