

**U. S. Department of Justice**

*United States Attorney*
*Eastern District of North Carolina*

215 South Evans Street          Telephone (252) 830-0335
Suite 206 U.S. Courthouse Annex          FAX (252) 830-1132
Greenville, North Carolina 27858          www.justice.gov/usao-ednc

DATE:       September 11, 2018

TO:         Clerk's Office
            United States District Court
            Eastern District of North Carolina
            Raleigh, North Carolina

REPLY TO: ROBERT J. HIGDON, JR.
          United States Attorney

ATTN OF:   JOHN H. BENNETT
           Assistant United States Attorney

SUBJECT:   U.S. v. DAVON DONNELL REID
           No.  4:18-CR-50-BO EASTERN DIVISION

        Please issue a warrant for the arrest of the above-named
defendant and place same, together with a certified copy of
the Indictment, in the hands of the U.S. Marshal for service.
Also, please return a certified copy of the Indictment to
this office and the U.S. Probation Office.

        Detention is recommended, and the warrant should be
returnable before the U.S. Magistrate Judge.

JHB:lah

cc:  US Marshal Service
     US Probation Office